IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SALVADOR GARCIA,**<br><br>　　　　　　　　　Petitioner,<br><br>　　v.<br><br>**SPEARMAN, Warden,**<br><br>　　　　　　　　　Respondent. | 1:14-cv-01194 MJS HC<br><br>**ORDER DENYING MOTION TO STAY**<br><br>**(Doc. 16)** |

　　　Plaintiff is proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner filed the petition on July 18, 2014 challenging a 2007 conviction. Petitioner previously sought habeas corpus review from this Court regarding the conviction and the Court dismissed the petition as successive on November 24, 2014. On January 9, 2015 Petitioner filed a motion to stay the present matter while he exhausts other state claims. (ECF No. 16.)

　　　The present action has been dismissed, and the case is closed. As the case is not pending, the motion to stay the action is DENIED as moot.

IT IS SO ORDERED.

　　　Dated:　　February 19, 2015　　　　　　　　/s/ *Michael J. Seng*
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1